UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA D. LAMBERT,<br><br>            Plaintiff,<br><br>    v.<br><br>ROBERT S. McKAY, *et al*.,<br><br>            Defendants. | Case No. C19-1829-BJR-MAT<br><br>ORDER RE: PENDING MOTIONS |

Having considered several motions now pending on the docket, the Court finds and concludes as follows:

(1) Plaintiff filed a Motion to Extend Deadline to File Plaintiff's Reply (Dkt. 31) based on his anticipation of a delay in receiving a response to a motion. Because plaintiff timely filed his reply (*see* Dkt. 36), the motion for an extension (Dkt. 31) is STRICKEN as moot.

(2) Defendants recently filed a Motion for Judgment on the Pleadings (Dkt. 40) in which they raise the same arguments made in relation to plaintiff's Motion for Partial Judgment on the Pleadings Against Defendant Island County (Dkt. 16). Because the Court finds these motions properly considered together, plaintiff's motion (Dkt. 16) is herein RENOTED for consideration on **July 3, 2020**, the noting date of defendants' motion.

ORDER - 1

(3) Defendants also filed a Motion for Leave to File an Over-Length Brief in Support of Defendants' Motion for Judgment on the Pleadings. (Dkt. 38.) Finding the request for an additional four pages of argument reasonable, defendants' motion (Dkt. 38) is GRANTED. Plaintiff is likewise GRANTED the opportunity to submit an additional four pages of argument, beyond the twelve pages allowed for in Local Civil Rule 7(e)(3), in response to defendants' motion.

(4) The Clerk is directed to send copies of this Order to plaintiff, to all counsel of record, and to the Honorable Barbara J. Rothstein.

DATED this 11th day of June, 2020.

Mary Alice Theiler
United States Magistrate Judge

ORDER - 2