The Honorable Barbara J. Rothstein

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA D. LAMBERT,<br><br>    Plaintiff,<br>  v.<br><br>ROBERT S. McKAY, et al.,<br><br>    Defendants. | CASE NO. C19-1829-BJR<br><br>ORDER GRANTING DEFENDANT ROBERT McKAY'S MOTION TO DISMISS |

The Court, having reviewed Plaintiff's complaint, Defendant Robert McKay's motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, the objections filed thereto, and the remaining record, hereby finds and ORDERS:

(1) Plaintiff's objections are untimely; nevertheless, the Court has reviewed the objections and Plaintiff raises no argument that was not already addressed and validly rejected in the Report and Recommendation;

(2) The Court therefore adopts the Report and Recommendation;

(3) Defendant Robert McKay's motion to dismiss (Dkt. No. 14) is GRANTED;

(4) Plaintiff's complaint (Dkt. No. 6) and this action are DISMISSED with prejudice as to the federal constitutional claims asserted against Defendant McKay and without prejudice as to the state law claim asserted against him; and

(5) The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendants, and to Judge Theiler.

Dated this 16th day of March 2021.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge